1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7




8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION          | 2:16-SW-0249 CKD
   | OF THE UNITED STATES OF AMERICA           |
11 | FOR SEARCH WARRANTS CONCERNING:           | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH
                                                 WARRANTS AND SEARCH WARRANT
12 | 207 CYPRESS AVENUE APT A, VALLEJO,        | AFFIDAVITS
   | CA 94590                                  |
13

14

15     Upon application of the United States of America and good cause having been shown,

16     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

17  ordered unsealed.

18
    Dated:  May 20, 2016
19                                              _____
                                                The Honorable Kendall J. Newman
20                                              UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS